IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 18 2023
CLERK, U.S. DISTRICT COURT
By _____
Deputy**

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Kenneth O Johnson Sr.
PETITIONER
(Full name of Petitioner)

Lubbock County Detention Center
CURRENT PLACE OF CONFINEMENT

vs.

703484
PRISONER ID NUMBER

5-23CV-218-H

Lubbock District Parole Office
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)
Parole Officer Shelby Silvas

CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ___ ✓ pretrial detention;
2. ___ ✓ a conviction;
3. ___ ___ a sentence;
4. ___ ___ jail or prison conditions;
5. ___ ___ a prison disciplinary proceeding;
6. ___ ✓ parole or mandatory supervision;
7. ___ ___ time credits;
8. ___ ✓ other (specify): False Arrest Lost of liberty forever

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.** Yes   (No)   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. Because I am currently confined in the Lubbock County Detention Center

2

1. Place of detention: Lubbock County Jail

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Texas waiting trial

3. Name and location of court in which your case is pending or in which you were convicted: 140th District Court

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: Possession of Control substance

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: May 8, 2053

6. Check whether a finding of guilty was made:

    a. after a plea of guilty         _ _

    b. after a plea of not guilty     ✓ ✓

    c. after a plea of nolo contendere  _ _

7. If you were found guilty, check whether that finding was made by:

    a. a jury                         ✓ ✓

    b. a judge without a jury         _ _

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    ‗Yes‗     No

3

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

    b. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) _____

        (b) _____

        (c) _____

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. **GROUND ONE:** Violated my Civil Rights and my Freedom by falsifing Documents and Forging papers

Supporting facts: State Of Texas Texas Department Of Criminal Justice Parole Division ( Notice of Special Conditions 0.23 I shall not have contact with the following person Rechalar McNeal (pg. 2of2) This rule was implemented by my ex Parole Officer Katrina Harkins on her own not the Parole Board and later by Parole Officer Shelby Silvas and signature forged

b. **GROUND TWO:** Violation of my 8th admenchment Right Cruel and Unuse punishment

Supporting facts: For I am currently confined illegally against my will with no felony Conviction on false or Untrue charges

5

c. **GROUND THREE**: _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

d. **GROUND FOUR**: _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

11. Relief sought in this petition: Imm___ release

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes    (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    b. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

7

(b) _____
_____

(c) _____
_____

(d) _____
_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____
_____
_____
_____
_____
_____
_____

15. Are you presently represented by counsel?          Yes          No
If so, name, address and telephone number of attorney:_____
_____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?          Yes          No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_Kenneth D Johnson Sr 703484_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _September 13, 2023_ (month, day, year).

Executed (signed) on _September 13, 2023_ (date).

_Kenneth D Johnson Sr 703484_
Signature of Petitioner (required)

Petitioner's current address:

Lubbock County Detention Center 3502
North Holly
79408

9

Lubbock County Detention Center
Inmate Name: Kenneth Johnson Sr
SO #: 54146
PO Box 9133
Seminole, FL 33775-9133

**INDIGENT**

RETURN SERVICE REQUESTED

FIRST CLASS

US POSTAGE and PITNEY BOWES
ZIP 79401
02 4W
0000386595 SEP 14 2023
$ 000.63

RECEIVED
SEP 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United State District Court
office of the Clerk
Northern District of Texas
1205 Texas Ave rm 209
Lubbock TX 79401