UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KENNETH D. JOHNSON, SR.,

               Petitioner,

v.                                                                  No. 5:23-CV-00218-H

LUBBOCK DISTRICT PAROLE
OFFICE,

               Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated November 29, 2023.

                                                 _____
                                                 JAMES WESLEY HENDRIX
                                                 United States District Judge